

*U.S. Department of Justice*

*United States Attorney
District of Maryland
Northern Division*

| | | |
|---|---|---|
| *Erek L. Barron*<br>*United States Attorney*<br><br>*Kenneth S. Clark*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4859*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-0717*<br>*TTY/TDD: 410-962-4462*<br>*Kenneth.Clark@usdoj.gov* |

December 29, 2022

**VIA EMAIL AND ECF**

Honorable James K. Bredar
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re: *United States v. David Griffin*, No. JKB-18-0247

Dear Judge Bredar:

  I write to follow up on Mr. Griffin's sentencing, which took place on December 15, 2022. At that time, the Court sentenced Mr. Griffin to a period that would include several additional months in custody but indicated that it wanted him to be designated to a halfway house as soon as possible.

  We have been informed by the Bureau of Prisons ("BOP") that they cannot designate someone directly to a halfway house. As a result, they will initially designate Mr. Griffin to a BOP facility at which point he will be evaluated for a release plan and location (including halfway house).

The Honorable James K. Bredar
Page 2

      Of course, please let me know if you have any questions or need any additional information.

                                        Sincerely,
                                        Erek L. Barron
                                        United States Attorney

                               By: ___/s/_____
                                        Kenneth S. Clark
                                        Assistant United States Attorney

cc:    Paul Hazelhurst, Esq. (via email)
        B. McColgan (USMS) (via email)